IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HARRY KEITH MILLER                                                                    PLAINTIFF

v.                                    Civil No. 6:19-cv-6083

ROBERT JONES and
NURSE ROBERTSON                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 7, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that all claims against Defendant Jones in his official and individual capacities be dismissed. Judge Ford further recommends that the official capacity claim against Defendant Robertson be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, all claims against Defendant Jones in his official and individual capacities are **DISMISSED WITHOUT PREJUDICE**. The official claim capacity claim against Defendant Robertson is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's personal capacity claim against Defendant Robertson alleging that he refused to treat Plaintiff's neck and back pain remain for further consideration by the magistrate judge.

**IT IS SO ORDERED**, this 6th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge