IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HARRY KEITH MILLER                                                                                    PLAINTIFF

v.                               Case No. 6:19-cv-6083

NURSE PAUL ROBERTSON,
DR. DANIEL, and DR. LARRY DAVIS                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 23, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38. Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of April, 2020.

                                                                /s/ Susan O. Hickey
                                                                Susan O. Hickey
                                                                 Chief United States District Judge